STATE of Missouri, Respondent,

v.

**Rickey E. FERDINAND, Appellant.**

**Ricky E. FERDINAND, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 49398, WD 50985.**

Missouri Court of Appeals, Western District.

Feb. 27, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 2, 1996.

David H. Johnson, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before FENNER, C.J., P.J., and LOWENSTEIN and BRECKENRIDGE, JJ.

***ORDER***

PER CURIAM.

Appeal from judgment of conviction and denial of Rule 29.15 motion for post-conviction relief.

Judgments affirmed. Rule 84.16(b) and 30.25(b).